IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD W. HARVEY, SR., | § | |
|                             Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 11 CV 1815 |
| | § | |
| MONTGOMERY COUNTY, TEXAS, | § | |
| BRET LIGGON, TOMMY GAGE, | § | |
| JONTHAN DEWEY AND | § | |
| STEVEN ORTIZ, | § | |
|                          Defendants | § | |

### AFFIDAVIT FOR BUSINESS RECORDS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF MONTGOMERY | § |

     BEFORE ME, the undersigned authority, personally appeared __Joseph E Selden__ who, being by me duly sworn, deposed as follows:

     "My name is __Joseph E. Selden__. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated, which are true.

     "I am the custodian of the Dispatch Notes records of the Montgomery County Sheriff's Office. Attached hereto are copies of the Dispatch Notes. There is five pages in this particular record. These said Dispatch Notes are kept by the Montgomery County Sheriff's Office in the regular course of business, and it was the regular course of business of the Montgomery County Sheriff's Office for an employee or representative of the Montgomery County Sheriff's Office, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

                                                           _____
                                                            Affiant

STATE OF TEXAS   §

COUNTY OF MONTGOMERY   §

I certify that **JOSEPH E SCUDER**, as a custodian of records for the Montgomery County Sheriff's Office, has the capacity to make the statement above and that the signature is genuine.

SIGNED under oath before me on the **13** day of **July**, 2011.

_____
Notary Public, State of Texas



KIMBERLY SULLIVAN
Notary Public
STATE OF TEXAS
My Comm. Exp. 02/07/2013

```
Report number:         2009A008366 Incident number: 2009-0136597

Location ..........  : 53 LAUGHING BROOK CT
Apt / lot .........  :
Building ..........  :
Nature ............  : EVAD-EVADING
Date ..............  : 05/16/09
Time ..............  : 03:28:24
Shift .............  : 3
Phone .............  : 2813634857
Priority ..........  : 3
Grid ..............  : 251Z
Method ............  : 1
Call taker ........  : ANM
Dispatcher ........  : BCM
Disposition 1 .....  : GOA
Disposition 2 .....  :
Closed Date .......  : 05/16/09
Closed Time .......  : 06:42:04
Last primary unit .  : 2226
Last primary officer: 01009414
Last sec officer ..  :
Last backup units .  :      2246      2126      2266      2036      2016
Last backup officers: 01010393 01004106 01009420 01010159 01010007
Last sec backup ofc : 01010171
Complaint Name ....  : RICHARD
Complaint Address .  :
Complaint Phone ...  : 2813634857
Vehicle tag .......  :
Vehicle state .....  :
Vehicle color .....  :
Unit Times ........  : Unit Dispatch  EnRoute   OnScene   InCmnd   OpenRpt    Avail
                       2226 03:30:45 03:31:19  03:46:48                     06:42:03
                       2246 03:31:49 03:31:54  03:46:49                     06:42:03
                       2036 03:55:17 03:55:20  03:57:53                     04:43:18
                       2126 04:02:47           04:02:51                     04:11:39
                       2266 04:08:47           04:08:50                     04:55:11
                       2036 04:52:33           04:52:36                     05:01:09
                       2016 05:14:14 05:14:24                               05:50:37
                       2036 05:15:28 05:15:32                               05:28:04
                       2036 05:28:25 05:28:29  05:42:42                     05:42:47
```

General Notes :

Notes

```
NOTES FOR 05/16/09                                              03:28:25      240
*SUBDIVISION - WDLNDS VIL GROGANS ML                            03:28:25      240
*38                                                             03:28:25      240
*CITY: WO                                                       03:28:25      240
911 CALL   (01010289-24)                                        03:28:32      240
Waiting call viewed (01008388-25)                               03:29:42      240
Complainant name changed from: (01010289-24)                    03:29:42      240
CROWDER,D (01010289-24)                                         03:29:42      240
Priority changed from 3 to 2 (01010289-24)                      03:29:48      240
MALE SAID SOMETHING ABOUT HIS  (01010289-24)                    03:29:57      240
NEGHIBORS HOUSE  (01010289-24)                                  03:30:03      240
THAT THERE WAS SOME KIND OF  (01010289-24)                      03:30:08      240
Waiting call viewed (01009826-19)                               03:30:13      240
MISUNDERSTANDING ABOUT HIM BEING ON (01010289-24)               03:30:14      240
THEIR PROPERTY (01010289-24)                                    03:30:17      240
MALE WAS NOT MAKING ANY SENSE (01010289-24)                     03:30:27      240
HE SAID HE WAS KNOCKING ON THEIR DOOR (01010289-24)             03:30:33      240
SO THEY COULD TALK TO THE POLICE  (01010289-24)                 03:30:38      240
P.D. Response area is 2 (01008388-25)                           03:30:45      240
LINE DISCONNECTED  (01010289-24)                                03:30:48      240
MALE KEPT SAYING THAT HIS NEIGHBORS (01010289-24)               03:30:57      240
WERE READY FOR THE POLICE...  (01010289-24)                     03:31:00      240
ATTEMPTING TO CALL BACK (01010289-24)                           03:31:05      240
NO ANSWER (01010289-24)                                         03:32:55      240
GETTING VM FOR RICHARD THE ELECTRICIAN (01010289-24)            03:33:01      240
Timer reset on unit 2226 at 03:43:43 (01008388-25)              03:43:44      240
To 00:10:00 (01008388-25)                                       03:43:44      240
Timer reset on unit 2246 at 03:43:45 (01008388-25)              03:43:45      240
To 00:10:00 (01008388-25)                                       03:43:45      240
2226// HOLD CHANNEL (01008388-25)                               03:52:32      240
CHAN CLOSED (01008388-25)                                       03:52:36      240
Timer reset on unit 2226 at 03:52:45 (01008388-25)              03:52:46      240
To 00:05:00 (01008388-25)                                       03:52:46      240
Timer reset on unit 2246 at 03:52:47 (01008388-25)              03:52:48      240
To 00:05:00 (01008388-25)                                       03:52:48      240
2246//2 DETAINED AT 0354...  (01008388-25)                      03:54:31      240
Drivers License: 11162218 added (01008388-25)                   03:54:34      240
DL State TX added (01008388-25)                                 03:54:34      240
ADVISE IF CLEAR TO OPEN CHAN (01008388-25)                      03:55:30      240
2246// STAN BY  (01008388-25)                                   03:55:33      240
2246// GET EMS OUT HERE HAVE ONE  (01008388-25)                 03:56:30      240
COMPLAING OF CHEST PAINS (01008388-25)                          03:56:36      240
2246// OPEN CHAN FOR NOW (01008388-25)                          03:57:01      240
CHAN OPEN (01008388-25)                                         03:57:04      240
EMS/CHRISTINA ADV (01010218-22)                                 03:57:50      240
Drivers License: 06155720 added (01008388-25)                   03:59:47      240
DL State TX added (01008388-25)                                 03:59:47      240
Timer reset on unit 2226 at 04:02:29 (01008388-25)              04:02:29      240
To 00:05:00 (01008388-25)                                       04:02:29      240
Timer reset on unit 2246 at 04:02:31 (01008388-25)              04:02:31      240
To 00:05:00 (01008388-25)                                       04:02:31      240
Timer reset on unit 2036 at 04:03:09 To (01008388-25)           04:03:09      240
00:10:00 (01008388-25)                                          04:03:09      240
Timer reset on unit 2246 at 04:03:10 To (01008388-25)           04:03:10      240
00:10:00 (01008388-25)                                          04:03:10      240
Timer reset on unit 2226 at 04:03:12 To (01008388-25)           04:03:12      240
00:10:00 (01008388-25)                                          04:03:12      240
Timer reset on unit 2126 at 04:03:13 To (01008388-25)           04:03:13      240
00:10:00 (01008388-25)                                          04:03:13      240
JUST RECIEVED A 911 HANGUP CALL FROM (01009826-19)              04:03:36      240
THIS LOCATION (01009826-19)                                     04:03:39      240
```

```
ADVISED UNITS.... (01008388-25)                                    04:04:16   240
2246// WE ARE SECURE THE SUBJ THAT I (01008388-25)                 04:04:24   240
AM OUT WITH WAS CHECKING NUMBERS THAT (01008388-25)                04:04:29   240
HE CALLED HE IS SECURE (01008388-25)                               04:04:35   240
2246// BOTH SUBJS WERE CLEAR CORRECT (01008388-25)                 04:09:49   240
ADVISED CORRECT (01008388-25)                                      04:09:56   240
2246//FIRE ONSCENE (01008388-25)                                   04:10:11   240
2226//HAVE SUPERVISOR PS ME (01010218-22)                          04:13:19   240
303 ADV, WILL PS (01010218-22)                                     04:13:23   240
Timer reset on unit 2036 at 04:14:22 To (01008388-25)              04:14:22   240
00:15:00 (01008388-25)                                             04:14:22   240
Timer reset on unit 2226 at 04:14:24 To (01008388-25)              04:14:24   240
00:15:00 (01008388-25)                                             04:14:24   240
Timer reset on unit 2246 at 04:14:25 To (01008388-25)              04:14:25   240
00:15:00 (01008388-25)                                             04:14:25   240
Timer reset on unit 2266 at 04:14:27 To (01008388-25)              04:14:27   240
00:15:00 (01008388-25)                                             04:14:27   240
Timer reset on unit 2036 at 04:35:19 (01008388-25)                 04:35:20   240
To 00:15:00 (01008388-25)                                          04:35:20   240
Timer reset on unit 2226 at 04:35:22 (01008388-25)                 04:35:22   240
To 00:15:00 (01008388-25)                                          04:35:22   240
Timer reset on unit 2246 at 04:35:23 (01008388-25)                 04:35:24   240
To 00:15:00 (01008388-25)                                          04:35:24   240
Timer reset on unit 2266 at 04:35:25 (01008388-25)                 04:35:25   240
To 00:15:00 (01008388-25)                                          04:35:25   240
 Unit 2036 removed from this call and (01008388-25)                04:43:20   240
dispatched to another call (01008388-25)                           04:43:20   240
Timer reset on unit 2226 at 04:52:03 (01008388-25)                 04:52:04   240
To 00:15:00 (01008388-25)                                          04:52:04   240
Timer reset on unit 2246 at 04:52:04 (01008388-25)                 04:52:05   240
To 00:15:00 (01008388-25)                                          04:52:05   240
Timer reset on unit 2266 at 04:52:06 (01008388-25)                 04:52:07   240
To 00:15:00 (01008388-25)                                          04:52:07   240
Unit 2036 Dispatched 03:55:17, Enroute (01008388-25)               04:52:34   240
03:55:20, On scene 03:57:53 (01008388-25)                          04:52:34   240
Unit 2036 Available 04:43:18 (01008388-25)                         04:52:34   240
Message received from: 2266, NEAL, WILLIAM: ASSIST 2226            04:55:11   240
2226// WILL BE TRANSPORTING THE  (01008388-25)                     04:58:48   240
HARVEY SUBJ TO THE WOODLANDS ER (01008388-25)                      04:58:58   240
2246// FOLLOWING 2226 (01008388-25)                                04:59:23   240
Timer reset on unit 2036 at 04:59:25 (01008388-25)                 04:59:26   240
To 00:05:00 (01008388-25)                                          04:59:26   240
Timer reset on unit 2226 at 05:08:33 (01008388-25)                 05:08:33   240
To 00:15:00 (01008388-25)                                          05:08:33   240
Timer reset on unit 2246 at 05:08:36 (01008388-25)                 05:08:37   240
To 00:15:00 (01008388-25)                                          05:08:37   240
2226// OUT MEMORIAL HERMAN (01008388-25)                           05:08:58   240
2246//WIFE OF OUR SUBJ IS HERE AT THE (01008388-25)                05:13:00   240
ER AND THS SON JUMPED OUT OF THE CAR (01008388-25)                 05:13:08   240
GROGANS MILL AND SAWMILL (01008388-25)                             05:13:15   240
WM WEARING PLAID SHIRT BLUE JEANS (01008388-25)                    05:13:43   240
Unit 2036 Dispatched 04:52:33, On scene (01008388-25)              05:15:29   240
04:52:36 (01008388-25)                                             05:15:29   240
Unit 2036 Available 05:01:09 (01008388-25)                         05:15:29   240
Remarks from MDT, ORTIZ, STEVEN: SEARCH ON 06155720                05:16:19   240
LAST NAME: HARVEY                                                  05:16:19   240
1ST/MID/SFX:.RICHARD, WAYNE, DESCRIPTION:                          05:16:19   240
WHITE\MALE\06241952\6-02\195\BLONDE\BROWN SEX OFF:                 05:16:19   240
N COMM IMPED: N                                                    05:16:19   240
ORGAN DONOR: VISA EXP: PHYSICAL ADD: 53 LAUGHING BROOK             05:16:19   240
CT                                                                 05:16:19   240
CI/CO/ST/ZIP: THE WOODLANDS,MONTGOMERY,TEXAS,77380-0000            05:16:19   240
MAILING ADD:                                                       05:16:19   240
53 LAUGHING BROOK CT CI/ST/ZIP: THE WOODLANDS,TEXAS,77380-00       05:16:19   240
REC                                                                05:16:19   240
STATUS: ELIGIBLE ADMIN STATUS: HME THR ASMT: EXP:                  05:16:19   240
```

```
CARD TYPE: DL #:                                                        05:16:19    240
06155720 CLASS: C TYPE: DL EXPIR DATE: 06242013 RESTRICTIONS            05:16:19    240
A WITH                                                                  05:16:19    240
CORRECTIVE LENSES ENDORSEMENTS: CARD STATUS: **********                 05:16:19    240
END OF                                                                  05:16:19    240
RECORD**********                                                        05:16:19    240
2246// TAPE JUST RAN OUT (01008388-25)                                  05:20:29    240
2226// MY TAPE HAS RAN OUT (01008388-25)                                05:21:15    240
Timer reset on unit 2226 at 05:24:16 (01008388-25)                      05:24:17    240
To 00:45:00 (01008388-25)                                               05:24:17    240
Timer reset on unit 2246 at 05:24:19 (01008388-25)                      05:24:20    240
To 00:45:00 (01008388-25)                                               05:24:20    240
Timer reset on unit 2016 at 05:24:35 (01008388-25)                      05:24:36    240
To 00:10:00 (01008388-25)                                               05:24:36    240
 Unit 2036 removed from this call and (01008388-25)                     05:28:06    240
dispatched to another call (01008388-25)                                05:28:06    240
Unit 2036 Dispatched 05:15:28, Enroute (01008388-25)                    05:28:26    240
05:15:32 (01008388-25)                                                  05:28:26    240
Unit 2036 Available 05:28:04 (01008388-25)                              05:28:26    240
2226// WHAT MEDIC CAME OUT HERE (01008388-25)                           05:35:30    240
ADVISED MEDIC 84 (01008388-25)                                          05:35:33    240
Timer reset on unit 2016 at 05:35:43 (01008388-25)                      05:35:43    240
To 00:10:00 (01008388-25)                                               05:35:43    240
Timer reset on unit 2036 at 05:39:53 (01008388-25)                      05:39:54    240
To 00:10:00 (01008388-25)                                               05:39:54    240
Drivers License: 07051800 added (01008388-25)                           05:53:49    240
DL State TX added (01008388-25)                                         05:53:49    240
che (01009892-25)                                                       06:19:24    240
<<<Checking your status>> (01009892-25)                                 06:19:26    240
CH (01009892-25)                                                        06:20:01    240
<<<Checking your status>> (01009892-25)                                 06:20:02    240
SECURE (01009892-25)                                                    06:20:42    240
Timer reset on unit 2226 at 06:20:44 (01009892-25)                      06:20:44    240
To 00:45:00 (01009892-25)                                               06:20:44    240
Timer reset on unit 2246 at 06:20:48 (01009892-25)                      06:20:48    240
To 00:45:00 (01009892-25)                                               06:20:48    240
-----Original Message----- (01010592-17)                                06:37:38    240
Message No: C880623 (01010592-17)                                       06:37:38    240
Sent: 05/16/2009 06:37:16 (01010592-17)                                 06:37:38    240
To: 040 (01010592-17)                                                   06:37:38    240
CPX1.004000A374.KOR0096. (01010592-17)                                  06:37:38    240
41501077 (01010592-17)                                                  06:37:38    240
KR.TXOLN0000.CPX1. (01010592-17)                                        06:37:38    240
TXT (01010592-17)                                                       06:37:38    240
SEARCH ON 11162218  (01010592-17)                                       06:37:38    240
 LAST NAME: HARVEY (01010592-17)                                        06:37:38    240
 1ST/MID/SFX: RICHARD, WAYNE, JR (01010592-17)                          06:37:38    240
 DESCRIPTION: (01010592-17)                                             06:37:38    240
WHITE\MALE\02171971\6-01\200\BLONDE\ (01010592-17)                      06:37:38    240
GREEN (01010592-17)                                                     06:37:38    240
 SEX OFF: N COMM IMPED: N ORGAN DONOR: (01010592-17)                    06:37:38    240
VISA EXP: (01010592-17)                                                 06:37:38    240
PHYSICAL ADD: 53 LAUGHING BROOK CT (01010592-17)                        06:37:38    240
CI/CO/ST/ZIP: THE (01010592-17)                                         06:37:38    240
WOODLANDS,MONTGOMERY,TEXAS,77380-000 (01010592-17)                      06:37:38    240
0 (01010592-17)                                                         06:37:38    240
 MAILING ADD: 53 LAUGHING BROOK CT (01010592-17)                        06:37:38    240
 CI/ST/ZIP: THE (01010592-17)                                           06:37:38    240
WOODLANDS,TEXAS,77380-0000 (01010592-17)                                06:37:38    240
 REC STATUS: ELIGIBLE (01010592-17)                                     06:37:38    240
ADMIN STATUS:  (01010592-17)                                            06:37:38    240
HME THR ASMT: EXP:   (01010592-17)                                      06:37:38    240
 CARD TYPE: DL #: 11162218 CLASS: C (01010592-17)                       06:37:38    240
TYPE: DL EXPIR DATE: 02172013 (01010592-17)                             06:37:38    240
RESTRICTIONS: A WITH CORRECTIVE (01010592-17)                           06:37:38    240
LENSES (01010592-17)                                                    06:37:38    240
```

```
ENDORSEMENTS:    (01010592-17)                              06:37:38    240
 CARD STATUS:    (01010592-17)                              06:37:38    240
CONVICTION: NO MOTOR VEHICLE LIABILITY (01010592-17)        06:37:38    240
INSURANCE (01010592-17)                                     06:37:38    240
OFF DT: 07301999 CONV DT: 08231999 (01010592-17)            06:37:38    240
OFFENSE LOC: TX,MONTGOMERY CMV: N HAZMAT: (01010592-17)     06:37:38    240
N (01010592-17)                                             06:37:38    240
CONVICTION: DRIVING WHILE INTOXICATED (01010592-17)         06:37:38    240
- PROBATED (01010592-17)                                    06:37:38    240
OFF DT: 12051993 CONV DT: 03161994 (01010592-17)            06:37:38    240
OFFENSE LOC: TX,MONTGOMERY CMV: N HAZMAT: (01010592-17)     06:37:38    240
N (01010592-17)                                             06:37:38    240
CONVICTION: NO MOTOR VEHICLE LIABILITY (01010592-17)        06:37:38    240
INSURANCE (01010592-17)                                     06:37:38    240
OFF DT: 05181989 CONV DT: 09061989 (01010592-17)            06:37:38    240
OFFENSE LOC: TX,CONROE CMV: N HAZMAT: (01010592-17)         06:37:38    240
N (01010592-17)                                             06:37:38    240
CRASH DT: 08022005 CRASH LOC: CRASH#: (01010592-17)         06:37:38    240
5248704 (01010592-17)                                       06:37:38    240
SEVERITY: INCAPACITATING INJURY ACCIDENT (01010592-17)      06:37:38    240
CMV: N HAZMAT: N (01010592-17)                              06:37:38    240
********** END OF RECORD********** (01010592-17)            06:37:38    240
MRI: 41501077 IN: NDLS 21503 AT 16MAY2009 (01010592-17)     06:37:38    240
06:37:13 (01010592-17)                                      06:37:38    240
OUT: CPX1 526 AT 16MAY2009 06:37:13 (01010592-17)           06:37:38    240
Report Number 2009A008366 Assigned (01009892-25)            06:40:20    240
2226//CHANGE CALL TO EVADING DETENTION (01009892-25)        06:41:15    240
!*** Nature changed from WELF WELFARE (01009892-25)         06:41:26    240
!CHECK *** (01009892-25)                                    06:41:26    240
Priority changed from 2 to 3 (01009892-25)                  06:41:26    240
*Police incident 2009-0136597 closed (01009892-25)          06:42:03    240
```