IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD W. HARVEY, SR., | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 11 CV 1815 |
| | § | |
| MONTGOMERY COUNTY, TEXAS, | § | |
| BRET LIGGON, TOMMY GAGE, | § | |
| JONTHAN DEWEY AND | § | |
| STEVEN ORTIZ, | § | |
| Defendants | § | |

### AFFIDAVIT FOR BUSINESS RECORDS

STATE OF TEXAS            §
                          §
COUNTY OF MONTGOMERY      §

BEFORE ME, the undersigned authority, personally appeared Roland Henrici, who, being by me duly sworn, deposed as follows:

"My name is Roland Henrici. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated, which are true.

"I am the custodian of the records of the Montgomery County Sheriff's Office Internal Afairs Investigation of Deputies Jonathan Dewey and Steven Ortiz for an incident that occrured on May 16, 2009 at the home of Richard Harvey, Sr. Attached hereto are copies of recordings which are part of the records from the Internal Affairs Investigation record referred to earlier. These said recordings out of the Internal Affairs Investigation record are kept by the Montgomery County Sheriff's Office Internal Affairs Divsion in the regular course of business, and it was the regular course of business of the Montgomery County Sheriff's Office Internal Affairs Division for an employee or representative of the Montgomery County Sheriff's Office Internal Affairs Division, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

_____
Affiant

STATE OF TEXAS                    §

COUNTY OF MONTGOMERY              §

I certify that Roland Henrici, as an Internal Affairs Investigator for the Montgomery County Sheriff's Office Internal Affairs Division, has the capacity to make the statement above and that the signature is genuine.

SIGNED under oath before me on the 11th day of July, 2011.

_____
Notary Public, State of Texas



LAURIE WATSON
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 11-23-2013

