IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD W. HARVEY, SR., | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 11 CV 1815 |
| | § | |
| MONTGOMERY COUNTY, TEXAS, | § | |
| BRETT LIGON, TOMMY GAGE, | § | |
| JONTHAN DEWEY AND | § | |
| STEVEN ORTIZ, | § | |
| Defendants | § | |

### ORDER GRANTING DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT

On this day came on for consideration Defendants' Motion for More Definite Statement. This Court, having considered the Motion, any responses, and all other things properly before it, finds that Defendants' Motion for More Definite Statement is GRANTED. Accordingly, it is further ORDERED that Claimant Richard W. Harvey, Sr. file a more definite statement.

Signed at Houston, Texas on _____, 201___.

_____
United States District Judge