IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RICHARD W. HARVEY, SR.,** § | | |
| **Plaintiff** § | | |
| § | | |
| v. § | CIVIL ACTION NO. 11 CV 1815 | |
| § | | |
| **MONTGOMERY COUNTY, TEXAS,** § | | |
| **BRETT LIGON, TOMMY GAGE,** § | | |
| **JONTHAN DEWEY AND** § | | |
| **STEVEN ORTIZ,** § | | |
| **Defendants** § | | |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(b)(1), AND CIV. PRAC. & REM. CODE § 101.106

On this day came on for consideration Defendants Montgomery County, Texas, in their official capacities, Brett Ligon, Tommy Gage, Jonathan Dewey and Steven Ortiz's, Motion to Dismiss all Federal Claims for Failure to State a Claim and Brief in Support pursuant to Fed. R. Civ. P. 12(b)(6). The Court, having considered the Motion, any responses, and all other things properly before it, finds that Defendant's Motion has merit and should be GRANTED.

On this day came on for consideration Defendants, in their individual capacities, Brett Ligon, Tommy Gage, Jonathan Dewey and Steven Ortiz's, Motion to Dismiss all Federal Claims for Failure to State a Claim and Brief in Support pursuant to Fed. R. Civ. P. 12(b)(6). The Court, having considered the Motion, any responses, and all other things properly before it, finds that Defendant's Motion has merit and should be GRANTED.

On this day came on for consideration Defendant Montgomery County, Texas, Motion to Dismiss all State Claims for Lack of Subject Matter Jurisdiction and Brief in Support pursuant to Fed. R. Civ. P. 12(b)(1). The Court, having considered the Motion, any responses, and all other things properly before it, finds that Defendant's Motion has merit and should be GRANTED.

On this day came on for consideration Defendants, in their individual capacities, Brett Ligon, Tommy Gage, Jonathan Dewey and Steven Ortiz's, Motion to Dismiss all State Claims for Failure to State a Claim and Brief in Support pursuant to Fed. R. Civ. P. 12(b)(6). The Court, having considered the Motion, any responses, and all other things properly before it, finds that Defendant's Motion has merit and should be GRANTED.

It is therefore ORDERED that all claims, federal and state, against Defendants Montgomery County, Texas, Brett Ligon, Tommy Gage, Jonathan Dewey, and Steven Ortiz, in their official and individual capacities, be DISMISSED.

Signed at Houston, Texas on _____, 201\_\_\_.

_____
United States District Judge